ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
 **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Defendants
Caydon San Diego Property LLC, Caydon USA Holding LLC, Caydon USA Property Group LLC; and Alex Beaton

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: **'23 CV 1296 DMS KSC**<br><br>**DECLARATION OF ALEXANDER P. BEATON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |

## DECLARATION OF ALEXANDER P. BEATON

I, Alexander P. Beaton, declare as follows:

1. I am a real estate consultant. I am the Manager of my own real estate consulting company, Alex Beaton Real Estate, LLC, a California Limited Liability company. My company offers third-party development services to real estate development and investment firms. I submit this declaration in support of Defendants' Notice of Removal. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I am not an employee or representative of Caydon San Diego Property LLC, Caydon USA Holding LLC, or Caydon USA Property Group LLC (collectively the "Caydon entities").

3. I am not a property manager or in the property management business. Through my consulting firm I offer real estate consulting and construction project management services to companies in development and construction management. In this regard, I assist my developer clients with financial underwriting, acquisition, due diligence and entitlement support, permit coordination and fee estimating, leasing and disposition coordination, debt and equity sourcing, project marketing, and project close-out and litigation support.

4. I am not the property manager for the three buildings in downtown San Diego that are the subject of the above-captioned matter, as described in the Complaint herein at paragraph 6 ("the Property"), nor was I ever formally appointed as its property manager.

5. I have occasionally assisted Caydon San Diego Property LLC ("Caydon San Diego") with certain discrete tasks that its management have asked me to provide in relation to the Property on an as-needed basis. I am only authorized to act on the instruction of Caydon San Diego and its management with respect to any tasks related to the Property. Those tasks have been very discrete and limited in scope. My role with respect to the Property in all the time I've had anything to do with it has never

been more than this.

6. I am not a "Responsible Person" with respect to the Property, as defined by Section 11.0210 of the San Diego Municipal Code.

    a. I am not an owner or tenant of the Property and I am not in possession of the Property.

    b. I do not have any legal interest in the Property.

    c. I have no interest in the Property that is represented by a document such as a deed of trust, quitclaim deed, mortgage, judgment lien, tax or assessment lien, mechanic's lien, or any other similar instrument that is recorded with the County Recorder.

    d. I did not cause or maintain any public nuisance or violation of the San Diego Municipal Code with respect to the Property.

7. I am not a proper party to this lawsuit. There is no basis in fact or in law for me to be named as a defendant in this case. I had nothing to do with creating or maintaining any of the public nuisance conditions or municipal code violations of which the City complains in its lawsuit. I should not be held legally or financially responsible for any of the issues of which the City complains in its lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on July 11, 2023, in San Diego, California.

*Alexander P. Beaton*
Alexander P. Beaton