1  ELIZABETH A. SPERLING - State Bar No. 231474
   esperling@glaserweil.com
2  ALEXANDER R. MILLER - State Bar No. 294474
   amiller@glaserweil.com
3  JACK DAY – State Bar No. 324516
   jday@glaserweil.com
4  **GLASER WEIL FINK HOWARD**
     **JORDAN & SHAPIRO LLP**
5  501 W. Broadway, Suite 800
   San Diego, CA 92101
6  Telephone:  (619) 765-4380
   Facsimile:   (619) 483-0646

7  Attorneys for Defendants
8  Caydon San Diego Property LLC; Caydon
   USA Holding LLC; Caydon USA Property
9  Group LLC; and Alex Beaton

10

11                    **UNITED STATES DISTRICT COURT**

12                   **SOUTHERN DISTRICT OF CALIFORNIA**

13  THE PEOPLE OF THE STATE OF            CASE NO.:  **'23CV1296 DMS KSC**
    CALIFORNIA and CITY OF SAN
14  DIEGO, a municipal corporation,

15                Plaintiffs,             **DEFENDANTS' CORPORATE**
                                          **DISCLOSURE STATEMENT**
16  v.

17  CAYDON SAN DIEGO PROPERTY
    LLC, a Delaware Limited Liability
18  Company; CAYDON USA HOLDING
    LLC, a Texas Foreign Limited Liability
19  Company and a Delaware Limited
    Liability Company; CAYDON USA
20  PROPERTY GROUP, LLC, a Delaware
    Limited Liability Company; MATTHEW
21  HUTTON, Receiver and Manager of
    CAYDON USA PROPERTY GROUP
22  HOLDINGS PTY LTD; ALEX
    BEATON, an individual; and DOES 1
23  through 50, inclusive,

24                Defendants.

25

26

27

28

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, Defendants Caydon San Diego Property LLC ("Caydon San Diego"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; Caydon USA Holding LLC ("Caydon USA Holding"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; Caydon USA Property Group LLC ("Caydon USA Property Group"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas;  and Alex Beaton, a resident of California, USA, (collectively, "Defendants") hereby state as follows:

Caydon San Diego is wholly owned by Caydon USA Holding.  Caydon USA Holding is wholly owned by Caydon USA Property Group.  Caydon USA Property Group is wholly owned by Caydon USA Property Group Holdings Pty Ltd, which is an Australian company with its principal place of business in Australia.  Defendants further state that no publicly held corporation owns 10% of more of their stock.

DATED:  July 14, 2023

Respectfully submitted,

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**

  */s/ Elizabeth A. Sperling*
Elizabeth A. Sperling
Attorneys for Defendants Caydon San Diego Property LLC; Caydon USA Holding LLC; Caydon USA Property Group LLC; and Alex Beaton