ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Defendants
Caydon San Diego Property LLC; Caydon USA Holding LLC; Caydon USA Property Group LLC; and Alex Beaton

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,,<br><br>               Defendants. | CASE NO:  **'23CV1296 DMS KSC**<br><br>**DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2 Defendants Caydon San Diego Property LLC ("Caydon San Diego"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; Caydon USA Holding LLC ("Caydon USA Holding"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; Caydon USA Property Group LLC ("Caydon USA Property Group"), a Delaware Limited Liability Company with its principal place of business in Houston, Texas; and Alex Beaton, a resident of California, USA, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Caydon San Diego
- Caydon USA Holding
- Caydon USA Property Group
- Caydon USA Property Group Holdings Pty Ltd
- Caydon USA Investments Pty Ltd
- City of San Diego

DATED: July 14, 2023

Respectfully submitted,

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**

  /s/ *Elizabeth A. Sperling*

Elizabeth A. Sperling
Attorneys for Defendants Caydon San Diego Property LLC; Caydon USA Holding LLC; Caydon USA Property Group LLC; and Alex Beaton

2301122

1
DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST