ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Specially Appearing Defendants
Caydon San Diego Property LLC, Caydon
USA Holding LLC, Caydon USA Property
Group LLC, and Matthew Hutton

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-01296-DMS-KSC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On July 14, 2023, I served the foregoing document(s) described as **DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT; DECLARATION OF ELIZABETH A. SPERLING IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**; and **ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties to this action by delivering thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on July 14, 2023, at Los Angeles, California.

_____
Elizabeth Koch-Lenaire

## SERVICE LIST

MARA W. ELLIOTT, City Attorney
PAIGE E. FOLKMAN, Assistant City Attorney
DAVID E. MILLER, Deputy City Attorney
Office of the City Attorney
Community Justice Division /
Nuisance Abatement Unit
1200 Third Avenue, Suite 700
San Diego, California 92101-4103
Telephone:  (619) 533-5500
Fax:  (619) 533-5505
Email:  MillerDE@sandiego.gov

Attorneys for Plaintiffs
The People of the State of California and City of San Diego