1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**
9                           **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation, | CASE NO.: 3:23-cv-01296-DMS-KSC |
| 12                Plaintiffs, | **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 13  v. | |
| 14  CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive, | |
| 21                Defendants. | |

Presently before the Court is Defendants Caydon San Diego Property LLC ("Caydon San Diego"), Caydon USA Holding LLC ("Caydon USA Holding"), Caydon USA Property Group LLC ("Caydon USA Property Group") (collectively, "Caydon"), and Alex Beaton's (collectively, "Defendants") *Ex Parte* Application to Extend Time to Respond to Complaint. Upon due consideration and good cause appearing, the Court **GRANTS** the application.

**IT IS ORDERED THAT** the time for Defendants Caydon USA Holding, Caydon USA Property Group, and Alex Beaton to respond to Plaintiffs' Complaint is hereby extended by sixty (60) days to prepare and file their motions to dismiss for lack of personal jurisdiction, for failure to state a claim or other appropriate grounds under Rule 12.

**IT IS FURTHER ORDERED THAT** Caydon San Diego and Alex Beaton's (or any remaining Defendants') deadline to plead, answer or otherwise respond to the Complaint be extended until fourteen (14) days after Caydon USA Holding and Caydon USA Property Group's motion to dismiss for lack of personal jurisdiction and Mr. Beaton's Rule 12 motion is decided.

**IT IS SO ORDERED.**

Dated: July 18, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court