ELIZABETH A. SPERLING - State Bar No. 231474
   esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
   amiller@glaserweil.com
JACK DAY – State Bar No. 324516
   jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 765-4380
Facsimile: (619) 483-0646

Attorneys for Defendants Caydon San Diego Property LLC and Alex Beaton, and Specially Appearing Defendants Caydon USA Holding LLC, and Caydon USA Property Group LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-01296-DMS-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR RULE 41(d) AWARD OF FEES AND COSTS AGAINST PLAINTIFFS AND FOR STAY OF PROCEEDINGS PENDING PAYMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities and Declaration of Elizabeth A. Sperling]<br><br>Date filed: June 12, 2023<br>Removal date: July 14, 2023<br><br>Hearing Date: August 18, 2023<br>Hearing time: 1:30 p.m.<br>Courtroom: 13A |

**TO THE COURT, CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 18, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Dana M. Sabraw, located at 333 West Broadway, San Diego, CA 92101, Courtroom 13A, Defendants Caydon San Diego Property LLC ("Caydon San Diego"), Caydon USA Holding LLC ("Caydon USA Holding"), Caydon USA Property Group LLC ("Caydon USA Property Group") (collectively, "Caydon"), and Alex Beaton (collectively, "Defendants") will and hereby do move the Court for an award of their attorneys' fees and costs incurred in *The People of the State of California, et al. v. Caydon San Diego Property LLC, et al.*, case No. 3:23-cv-1020-LAB-DDL (the "Original Action"), as well as for duplicative work necessitated in the instant action as a result of Plaintiffs' dual filings, pursuant to Rule 41(d) of the Federal Rules of Civil Procedure or, alternatively, pursuant to 28 U.S.C. section 1927 and/or the Court's inherent powers, and an order staying this action pursuant to Rule 41(d) until the award of attorneys' fees and costs is paid.

Defendants' request arises from Plaintiffs' improper attempt to (a) destroy diversity by adding a sham defendant, (b) forum shop to get the case back to state court, and (c) judge shop to get the case reassigned from the Honorable Larry A. Burns. Plaintiffs voluntarily dismissed the Original Action on June 9, 2023, shortly after Defendants had removed the case to federal court and Judge Burns granted Defendants' *ex parte* application extending their time to respond to the complaint. Then Plaintiffs turned around and filed the identical complaint (save for the addition of Alex Beaton—a California resident—as a sham defendant in a transparent attempt to destroy diversity jurisdiction) in state court just three days later on June 12, 2023, without a notice of related case or any acknowledgment that this action is wholly duplicative of the Original Action.

Defendants respectfully request that the Court order Plaintiffs to pay Defendants'

attorneys' fees in the amount of $75,779.70, which were reasonably and necessarily incurred in the Original Action and in preparing this Motion, or such other amount that the Court deems reasonable and appropriate, and $1,229.98 in costs pursuant to Rule 41(d). Defendants further request that the Court hold each of the Plaintiffs jointly and severally liable for the same and that these proceedings be stayed until Plaintiffs have complied with payment of the requested award. *See* Fed. R. Civ. P. 41(d)(2) (court may stay proceedings until the plaintiff has complied with an order awarding costs).

Defendants' Motion is based on this notice of motion, the concurrently filed memorandum of points and authorities and the declaration of Elizabeth A. Sperling, all other papers, documents, or exhibits that may be filed in support of this Motion, the argument of counsel, if any, made at the hearing, and on such other and further evidence or argument as may be properly received by the Court.

DATED:  July 20, 2023

Respectfully submitted,

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**

By: /s/ *Elizabeth A. Sperling*
ELIZABETH A. SPERLING
ALEXANDER R. MILLER
JACK DAY
Attorneys for Defendants Caydon San Diego Property LLC and Alex Beaton, and Specially Appearing Defendants Caydon USA Holding LLC, and Caydon USA Property Group LLC