MARA W. ELLIOTT, City Attorney
PAIGE E. FOLKMAN, Assistant City Attorney
DAVID E. MILLER, Deputy City Attorney
California State Bar No. 174469
    Office of the City Attorney
    Community Justice Division/Nuisance Abatement Unit
    1200 Third Avenue, Suite 700
    San Diego, California 92101-4103
    Telephone: (619) 533-5500
    Fax: (619) 533-5505
    MillerDE@sandiego.gov

Attorneys for Plaintiffs, the People
of the State of California and City of
San Diego

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company;<br>CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company;<br>CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company;<br>MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD;<br>ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:23-cv-01296-LAB-DDL<br><br>**SUPPLEMENT TO PLAINTIFFS'** ***EX PARTE*** **MOTION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR RULE 41(d) AWARD OF FEES AND COSTS**<br><br>**[Filed concurrently with Declaration of David E. Miller]**<br><br>Date Filed: June 12, 2023<br>Removal Date: July 14, 2023<br>Judge: Hon. Larry A. Burns<br>Courtroom: 14A |

Plaintiffs, the People of the State of California and City of San Diego (collectively, Plaintiffs), respectfully supplement their *Ex Parte* Motion to Continue the Hearing on Defendants' Motion for Rule 41(d) Award of Fees and Costs (Dkt. 17) as follows:

On August 9, 2023, the Court set a hearing on Plaintiffs' Motion to Remand for October 2, 2023, at 11:30 a.m. Declaration of David E. Miller (Miller Decl.) ¶ 4.

After the hearing was calendared, Plaintiffs' counsel contacted defense counsel to see if Defendants would object to a stipulation or joint motion to continue the hearing on their Motion for Rule 41(d) Award of Fees and Costs (Motion for Fees) (Dkt. 9) from August 21, 2023, to October 2, 2023. *See* Miller Decl. ¶¶ 2-3, 5 and Exhibit 1. Defendants had previously offered to continue the hearing date on their Motion for Fees to allow both motions to be heard on the same date. Declaration of Elizabeth A. Sperling in Support of Defendants' Opposition to Plaintiffs' Second *Ex Parte* Motion (Dkt. 18) ¶ 6.

On August 9, 2023, at approximately 2:05 p.m., defense counsel informed Plaintiffs' counsel that Defendants will not stipulate to moving the hearing date on their Motion for Fees. Miller Decl. ¶ 6 and Exhibit 2.

In light of the efficiencies gained by having both hearings set for the same date and time and for the reasons set forth in Plaintiffs' *Ex Parte* Motion to Continue the Hearing on Defendants' Motion for Rule 41(d) Award of Fees and Costs (Dkt. 17), Plaintiffs respectfully request Defendants' Motion for Fees be set for October 2, 2023, at 11:30 a.m.

Respectfully submitted,

Dated: August 10, 2023

MARA W. ELLIOTT, City Attorney

By /s/ David E. Miller
David E. Miller
Deputy City Attorney
Attorneys for Plaintiffs