MARA W. ELLIOTT, City Attorney
PAIGE E. FOLKMAN, Assistant City Attorney
DAVID E. MILLER, Deputy City Attorney
California State Bar No. 174469
   Office of the City Attorney
   Community Justice Division/Nuisance Abatement Unit
   1200 Third Avenue, Suite 700
   San Diego, California 92101-4103
   Telephone: (619) 533-5500
   Fax: (619) 533-5505
   MillerDE@sandiego.gov

Attorneys for Plaintiffs, The People
of the State of California and City of
San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO. 3:23-cv-01296-LAB-DDL<br><br>**DECLARATION OF DAVID E. MILLER IN SUPPORT OF SUPPLEMENT TO PLAINTIFFS'** ***EX PARTE*** **MOTION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION FOR RULE 41(d) AWARD OF FEES AND COSTS**<br><br>[Filed concurrently with Supplement to *Ex Parte* Motion]<br><br>Date Filed: June 12, 2023<br>Removal Date: July 14, 2023<br>Judge: Hon. Larry A. Burns<br>Courtroom: 14A |

I, DAVID E. MILLER, declare as follows:

1. I am a Deputy City Attorney at the San Diego City Attorney's Office, and counsel for Plaintiffs, the People of the State of California and City of San Diego, in this action. I am admitted to practice before the courts of the State of California, and the District Court for the Southern District of California. I have personal knowledge of the facts set forth herein and am competent to testify as to these matters if called as a witness.

2. On or about July 21, 2023, I received notice that Defendants Caydon San Diego Property LLC, Caydon USA Holding LLC, Caydon USA Property Group LLC, and Alex Beaton (Defendants) filed a Motion for Rule 41(d) Award of Fees and Costs (Motion for Fees) (Dkt. 9) in the above-captioned matter. I also received notice that a hearing date for the Motion for Fees was set for August 18, 2023.

3. On August 4, 2023, I received notice that, due to a conflict in the Court's calendar, the hearing on Defendants' Motion for Fees had been continued to August 21, 2023.

4. On August 9, 2023, at approximately 10:15 a.m., I contacted the Court to obtain a hearing date for Plaintiffs' planned Motion to Remand. A hearing on the motion was subsequently set for October 2, 2023, at 11:30 a.m.

5. After the hearing on Plaintiffs' Motion to Remand was calendared, I contacted defense lead counsel Elizabeth Sperling (Defense Counsel) by email to advise her of the upcoming hearing date and ask whether Defendants would object to a stipulation or joint motion to continue the hearing on their Motion for Fees to October 2, 2023. A true and correct copy of the email I sent to Defense Counsel is attached hereto as Exhibit 1.

///
///
///

6.    At approximately 2:05 p.m., Defense Counsel responded, writing, "We do not stipulate to moving the hearing date on our motion." A true and correct copy of the email I received from Defense Counsel is attached hereto as Exhibit 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in San Diego, California.

Dated: August 10, 2023

David E. Miller
Deputy City Attorney

# EXHIBIT 1

| | |
|---|---|
| From: | Miller, David |
| To: | Elizabeth Sperling |
| Cc: | Jack Day; Alexander Miller |
| Subject: | People v. Caydon - Motion to Remand |
| Date: | Wednesday, August 9, 2023 12:26:00 PM |

Elizabeth,

Our Motion to Remand has been set for October 2, 2023. As a specific date has now been set for this motion, please let me know whether you still object to a stipulation/joint motion to continue the hearing on the Rule 41(d) Motion to the same day as the Motion to Remand.

Thanks,

*David E. Miller*
Deputy City Attorney
Office of the City Attorney
Community Justice Division
Nuisance Abatement Unit
1200 Third Avenue, Suite 700
San Diego, CA 92101
(619) 533-6123

*PLEASE NOTE: This email is for the sole use of the intended recipient(s) and may contain information protected by the ATTORNEY-CLIENT PRIVILEGE and/or by the ATTORNEY WORK PRODUCT DOCTRINE. The contents of this email may include confidential and/or inside information and may be legally privileged or protected and should not be communicated to or relied upon by any person without express consent of the sender. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by reply email, delete the original communication, and destroy all copies.*

Exhibit 1
Page 1

# EXHIBIT 2

| | |
|---|---|
| From: | Elizabeth Sperling |
| To: | Miller, David |
| Cc: | Jack Day; Alexander Miller |
| Subject: | [EXTERNAL] RE: People v. Caydon - Motion to Remand |
| Date: | Wednesday, August 9, 2023 2:05:22 PM |
| Attachments: | image001.jpg |
| | image002.png |
| | image003.jpg |

**\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\***

Hello David. Given that we've already had to file two oppositions to two ex partes on this, we'll just let the court decide at this point. We do not stipulate to moving the hearing date on our motion.

Best regards,



**Elizabeth Sperling | Partner**
*San Diego*: 501 W. Broadway, Suite 800, San Diego, CA 92101
Main: 619.765.4380 | Direct: 619.762.5953 | Fax: 619.732.3496

*Century City*: 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.556.7860 | Fax: 310.843.2660

E-Mail: esperling@glaserweil.com | www.glaserweil.com

 To send files securely, please click here.

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Miller, David <MillerDE@sandiego.gov>
**Sent:** Wednesday, August 9, 2023 12:26 PM
**To:** Elizabeth Sperling <esperling@glaserweil.com>
**Cc:** Jack Day <jday@glaserweil.com>; Alexander Miller <amiller@glaserweil.com>
**Subject:** People v. Caydon - Motion to Remand

Elizabeth,

Our Motion to Remand has been set for October 2, 2023. As a specific date has now been set for this motion, please let me know whether you still object to a stipulation/joint motion to continue the hearing on the Rule 41(d) Motion to the same day as the Motion to Remand.

Thanks,

Exhibit 2
Page 2

*David E. Miller*
Deputy City Attorney
Office of the City Attorney
Community Justice Division
Nuisance Abatement Unit
1200 Third Avenue, Suite 700
San Diego, CA 92101
(619) 533-6123

PLEASE NOTE: This email is for the sole use of the intended recipient(s) and may contain information protected by the ATTORNEY-CLIENT PRIVILEGE and/or by the ATTORNEY WORK PRODUCT DOCTRINE. The contents of this email may include confidential and/or inside information and may be legally privileged or protected and should not be communicated to or relied upon by any person without express consent of the sender. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by reply email, delete the original communication, and destroy all copies.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

Exhibit 2
Page 3