# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company, et al., <br><br> Defendants. | Case No.: 23-cv-1296-LAB-DDL <br><br> **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR FEES, [Dkt. 17, 19]** |

On August 7, 2023, Plaintiffs filed an *ex parte* application (the "Application") to continue the hearing on Defendants' pending Rule 41(d) motion for fees and costs (the "Rule 41(d) Motion"), (Dkt. 9). (Dkt. 17). Plaintiffs specifically request the Court continue the hearing sixty days. (*Id.* at 6). Defendants filed a timely opposition to Plaintiffs' Application. (Dkt. 18). Previously, on August 4, 2023, the Court denied Plaintiffs' *ex parte* application to stay responses to the Rule 41(d) Motion, finding Plaintiffs failed to show good cause for a stay. (Dkt. 16).

Under Federal Rule of Civil Procedure 6(b)(1)(A), a court may extend a party's time to respond to a motion upon a showing of good cause. "[R]equests for extensions of time made before the applicable deadline has passed should

'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

Plaintiffs request the hearing on the Rule 41(d) Motion be continued to allow them "adequate time to respond to Defendants' Rule 41(d) Motion and prepare their forthcoming motion to remand for lack of federal subject matter jurisdiction." (Dkt. 17 at 2, 6–7). Plaintiffs also contend Defendants won't be prejudiced by a continuance. (*Id.* at 7). Defendants oppose Plaintiffs' Application, arguing Plaintiffs don't identify good cause to continue the hearing and didn't attempt to meet and confer. (Dkt. 18 at 7–9). Defendants also argue they will be prejudiced by delaying a hearing on their Rule 41(d) Motion. (*Id.* at 9).

The Court has reviewed the parties' briefing and the relevant law and finds: (1) Plaintiffs have shown good cause to continue the hearing on the Rule 41(d) Motion; (2) Plaintiffs' request wasn't made in bad faith and won't prejudice Defendants; and (3) considering the circumstances, Plaintiffs' counsel made reasonable efforts to meet and confer with defense counsel regarding the Application. Plaintiffs' Application is **GRANTED**. (Dkt. 17, 19). The hearing on Defendant's Rule 41(d) Motion is **CONTINUED** to **Monday, October 2, 2023 at 11:30 a.m.** (Dkt. 9). Pursuant to Civil Local Rule 7.1(e)(2)–(3), Plaintiffs' deadline to file an opposition is **Monday, September 18, 2023**, and Defendants' deadline to file a reply is **Monday, September 25, 2023**.

IT IS SO ORDERED.

Dated:  August 11, 2023

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge