```
 1  ELIZABETH A. SPERLING - State Bar No. 231474
    esperling@glaserweil.com
 2  ALEXANDER R. MILLER - State Bar No. 294474
    amiller@glaserweil.com
 3  JACK DAY – State Bar No. 324516
    jday@glaserweil.com
 4  GLASER WEIL FINK HOWARD
      JORDAN & SHAPIRO LLP
 5  501 W. Broadway, Suite 800
    San Diego, CA 92101
 6  Telephone: (619) 765-4380
    Facsimile:  (619) 483-0646
 7
    Attorneys for Defendants
 8  Caydon San Diego Property LLC; Caydon USA
    Holding LLC; Caydon USA Property Group,
 9  LLC; and Alex Beaton
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-01296-LAB-DDL<br><br>Judge: Hon. Larry A. Burns<br><br>**DECLARATION OF JOSEPH RUSSO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>[Filed concurrently with Defendants' Opposition to Plaintiffs' Motion to Remand; Declaration of Alexander P. Beaton; Evidentiary Objections to and Motions to Strike Declarations of David E. Miller, Val Sanchez, and Ali Fattah; and (Proposed) Orders on Evidentiary Objections]<br><br>Courtroom: 14A<br>Date: October 2, 2023<br>Time: 11:30 a.m.<br><br>Date filed: June 12, 2023<br>Removal Date: July 14, 2023 |

1

DECLARATION OF JOSEPH RUSSO

3:23-CV-01296-LAB-DDL

2319856

# DECLARATION OF JOSEPH RUSSO

I, Joseph Russo, declare as follows:

1. I am the founder and former Chief Executive Officer of Caydon San Diego Property LLC, Caydon USA Holding LLC, and Caydon USA Property Group LLC (collectively the "Caydon entities"). I was the Chief Executive Officer of the Caydon entities until July 25, 2022. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath. By signing this declaration I do not submit to the jurisdiction of courts of the United States.

2. On or about December 13, 2019, Caydon San Diego Property LLC ("Caydon San Diego") purchased the Property that is the subject of this action ("the Property").

3. On or about May 27, 2020, I was contacted by Alexander Beaton, a San Diego native and owner of his own real estate consulting company, Alex Beaton Real Estate, LLC. Mr. Beaton pitched his services as a local third-party consultant who could assist with various development aspects for the Property. Mr. Beaton and I discussed the benefits of having someone like him serve as a local point person in San Diego because myself and all employees of the Caydon entities are located in Australia.

4. When we discussed Mr. Beaton's role as a third-party consultant, I made it very clear to Mr. Beaton that he would have no independent decision-making authority and that we would not require his services as an all-purpose property manager. I explained that Caydon San Diego and its management would provide Mr. Beaton with discrete tasks on an as-needed basis and would also provide all direction and approvals pertaining to the Property. The tasks were to be very discrete and limited in scope.

5. Mr. Beaton understood his role and said he would be happy to assist us with local consulting tasks related to the Property on an ad-hoc basis. He also understood that he was only authorized to act on the instruction of Caydon San Diego and its management with respect to any tasks related to the Property.

6. During our initial conversations, Mr. Beaton proposed using an email address associated with the Caydon entities. Mr. Beaton explained that having a Caydon email address would allow him to better organize and differentiate between his various clients and projects. We agreed that assigning Mr. Beaton a temporary Caydon email address while undertaking various discrete tasks for the Property would also allow for a more streamlined process and enable him to more efficiently accomplish the tasks that we assigned to him.

7. Mr. Beaton's use of the temporary email address abeaton@caydonusa.com for a limited period while providing project-specific consulting services to the Caydon entities did not make him an employee or representative of any of the Caydon entities. Mr. Beaton was never a Caydon employee; never received a W-2 from Caydon; and was never anything but an independent third-party contractor who consulted for us on a task-by-task basis.

8. With respect to the Property, Mr. Beaton was never a "Responsible Person," as defined by Section 11.0210 of the San Diego Municipal Code.

    a. Mr. Beaton was never an owner or tenant of the Property and he was never in possession of the Property.

    b. Mr. Beaton never had any legal interest in the Property.

    c. Mr. Beaton never had any interest in the Property represented by a document such as a deed of trust, quitclaim deed, mortgage, judgment lien, tax or assessment lien, mechanic's lien, or any other similar instrument that is recorded with the County Recorder.

    d. Mr. Beaton never caused or maintained any public nuisance or violation of the San Diego Municipal Code with respect to the Property.

///
///
///
///

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct and that this declaration is executed on August 25,
3  2023, in Victoria, Australia.

*JoeRusso*

Joseph Russo