ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 765-4380
Facsimile: (619) 483-0646

Attorneys for Defendants
Caydon San Diego Property LLC; Caydon USA Holding LLC; Caydon USA Property Group, LLC; and Alex Beaton

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO.: 3:23-cv-01296-LAB-DDL<br><br>The Hon. Larry A. Burns<br><br>**DECLARATION OF ALEXANDER P. BEATON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>[Filed concurrently with Defendants' Opposition to Plaintiffs' Motion to Remand; Declaration of Joseph Russo; Evidentiary Objections to and Motions to Strike Declarations of David E. Miller, Val Sanchez, and Ali Fattah; and (Proposed) Orders on Evidentiary Objections]<br><br>Courtroom: 14A<br>Date: October 2, 2023<br>Time: 11:30 a.m.<br><br>Date filed: June 12, 2023<br>Removal Date: July 14, 2023 |

# DECLARATION OF ALEXANDER P. BEATON

I, Alexander P. Beaton, declare as follows:

1. I am a real estate consultant. I am and at all relevant times have been the Manager of my own real estate consulting company, Alex Beaton Real Estate, LLC, a California Limited Liability Company. My company offers third-party development services to real estate development and investment firms. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Remand. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I am not and never have been an employee of Caydon San Diego Property LLC, Caydon USA Holding LLC, or Caydon USA Property Group LLC (collectively the "Caydon entities").

3. On or about May 27, 2020, I spoke with Joseph Russo, the founder and Chief Executive Officer of Caydon USA Property Group, LLC, and initially pitched my services as a third-party consultant to assist the Caydon entities with the development of the Property that is the subject of this action.

4. Mr. Russo and I discussed what my role would be; he agreed that it would benefit the Caydon entities to have a local contact in San Diego because he and the Caydon entities and their employees are primarily based in Australia. Mr. Russo made it clear during our conversation that I would have no independent decision-making authority and this was not to be a general appointment as an all-purpose property manager. Rather, he explained that he would assign to me specific and discrete tasks relative to the Property that required a San Diego contact on an as-needed basis.

5. During my initial conversations with Mr. Russo, while discussing my role and how I could be of assistance to the Caydon entities, I proposed using an email address associated with the Caydon entities. As a third-party consultant, it is not unusual for me to use an email address associated with the company I am consulting for because it allows me to better organize and distinguish between different projects I

am working on simultaneously for different clients. Mr. Russo and I agreed that using a Caydon email address for the period I was assisting with this project would make the process more streamlined.

6. My use of the email address abeaton@caydonusa.com for a limited period while providing project-specific consulting services to the Caydon entities did not make me an employee or representative of any of the Caydon entities, and I did not hold myself out as such. I was never a Caydon employee; never received a W-2 from Caydon; and was never anything but an independent third-party contractor who consulted for them on a non-exclusive task-by-task basis. I provided consulting services on behalf of other developer clients during the same time I consulted for Caydon, which I could not have done if I were a Caydon employee.

7. Sometime later, the development of the Property was put on hold and I later came to understand that it was eventually cancelled.

8. In or about August 2022, I was asked to provide local consulting services related to the Property, again on an ad-hoc, as-needed basis. The tasks that I was asked to assist with at that time included coordinating the installation of a fence surrounding the Property, which necessitated applying for and obtaining permits from the City. This was a key action item in the City's Notice of Violations that required immediate resolution.

9. I am a San Diego native and have dealt with numerous City representatives for decades on behalf of many different developer clients. The City representatives with whom I have dealt always knew and understood that I am an independent consultant who provides real estate consulting and construction project management services to many different development and construction management companies.

10. At all times in regard to the Property, the City knew and understood that I am a third-party consultant with my own independent consulting business, and that I had no authority to speak or act on behalf of the Caydon entities. A very stark example of this was on July 12, 2022: I attended a Zoom conference call pertaining to the

1  Property with a group of City employees, including Development Services Director, Elyse Lowe. A representative of the Caydon entities, Emma Alexander, was expected to be on the call but was unable to attend due to a death in her family. Upon learning that Ms. Alexander would not be joining the Zoom conference, the City representatives proposed that we proceed with the meeting with just me. I explicitly informed the City representatives, including Ms. Lowe, that I had no say or authority with respect to decisions pertaining to the Property and that my role was limited to implementing tasks at Caydon's request. After I reiterated my role to the City, we promptly ended the meeting and looked to reschedule for a later date when Ms. Alexander could attend. The next day, Ms. Lowe emailed Ms. Alexander concerning the July 12, 2022 Zoom conference: ***"Alex stated that he has no authority to represent you as the owner so we were unable to continue the call with him."*** Ms. Lowe went on to say, "***The City requests an authorized ownership representative*** contact us as soon as possible . . ." (emphasis added) to which Ms. Alexander replied, "I am said representative . . . ." A true and correct copy of this email chain is attached hereto as Exhibit 1.

11. The two email exhibits attached to David Miller's August 14, 2022 declaration filed in support of Plaintiff's Motion to Remand do not contradict any statement in this declaration or my July 11, 2023 declaration submitted in support of Defendants' Notice of Removal. Exhibit 3 attached to Mr. Miller's declaration is an email from me to the City in which I stated that my team—i.e., Alex Beaton Real Estate—"has been formally engaged to assist the Property Owner with" addressing the Notice of Violations. I referenced "the Property Owner" twice in that email to differentiate myself and my company from the Caydon entity that actually owns the Property, making it clear that I was not an employee or representative of the Caydon entities.

12. Similarly, Exhibit 4 attached to Mr. Miller's declaration is an email from me to the City in which I explained that my company, Alex Beaton Real Estate, had been tasked with responding to some of the items identified in the City's Notice of

Violation for the Property.  The email demonstrates that I was carrying out the first task that I was given in relation to the Property, which was to install a fence surrounding the Property.  This entailed applying for and obtaining permits from the City for the fence.  That is something that I routinely do for my clients as a third-party real estate development consultant.

13. With respect to the statements of City employee Val Sanchez, I have never represented to the City or its employees that I was personally responsible for abating any alleged violations or eliminating any alleged public nuisance at the Property.  This is absolutely false.  In fact, I do not recall ever having used the term "public nuisance" in any communication—either written or orally—with the City.

14. I never stated that I was personally responsible for remediating the alleged "violations at the Property or abat[ing] the public nuisance."  I would never have said something like that because it's not true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 6, 2023, in San Diego, California.

　　　　　　　　　　　　　　　　*Alexander P. Beaton*
　　　　　　　　　　　　　　　　Alexander P. Beaton

EXHIBIT 1

| | |
|---|---|
| **From:** | Emma Alexander |
| **To:** | Lowe, Elyse; Poston, Lisa |
| **Cc:** | Sennett, Leslie; Alex Beaton |
| **Subject:** | Re: 122 4th Ave/CA Theatre Bldg. |
| **Date:** | Friday, July 15, 2022 3:40:15 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

I am said representative and can do a call next week. 3.30pm Monday?

Emma Alexander
Acting COO
Director, Sales & Marketing
Caydon Property Group

AUS • USA

**From:** Lowe, Elyse <ELowe@sandiego.gov>
**Sent:** Saturday, July 16, 2022 12:15:20 AM
**To:** Emma Alexander <emmaa@caydonusa.com>; Poston, Lisa <LPoston@sandiego.gov>
**Cc:** Sennett, Leslie <LSennett@sandiego.gov>; 'Alex Beaton' <alex@alexbeatonrealestate.com>
**Subject:** Re: 122 4th Ave/CA Theatre Bldg.

I am sorry for your loss.

The City requests an authorized ownership representative contact us as soon as possible due to imminent life safety hazards in the public right of way.

Elyse W. Lowe,
Director
Development Services Department
City of San Diego

Sent from mobile device

**From:** Emma Alexander <emmaa@caydonusa.com>
**Sent:** Thursday, July 14, 2022 9:40:59 PM
**To:** Poston, Lisa <LPoston@sandiego.gov>; Lowe, Elyse <ELowe@sandiego.gov>
**Cc:** Sennett, Leslie <LSennett@sandiego.gov>; 'Alex Beaton' <alex@alexbeatonrealestate.com>
**Subject:** [EXTERNAL] RE: 122 4th Ave/CA Theatre Bldg.

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Well I'm sorry but someone passed away overnight.
Emma Alexander
ACTING COO
Director, Sales & Marketing

caydonproperty.com
2850 Fannin Street, Leasing Office, Houston TX, 77002

A picture containing shape  Description automatically generated

**Transmission Disclaimer**
The information in this electronic mail is confidential, intended only for use of the individual or entity named, and may be subject to legal privilege. If you are not the intended recipient, any dissemination, copying or use of the information is strictly prohibited. If you have received this transmission in error please notify the sender by email and delete it immediately.

**From:** Poston, Lisa <LPoston@sandiego.gov>
**Sent:** Friday, 15 July 2022 2:49 AM
**To:** Emma Alexander <emmaa@caydonusa.com>; Lowe, Elyse <ELowe@sandiego.gov>
**Cc:** Sennett, Leslie <LSennett@sandiego.gov>; 'Alex Beaton' <alex@alexbeatonrealestate.com>
**Subject:** RE: 122 4th Ave/CA Theatre Bldg.
**Importance:** High

Good morning Ms. Alexander,
We cannot reschedule this meeting. There is an imminent danger/safety hazard issue that must be addressed immediately. Please have someone from CaydonUSA ownership attend this meeting scheduled for 3:30pm Pacific Time today.
Respectfully,

*Lisa Poston*
Interim Program Manager
City of San Diego
Development Services Department
☏: (619) 236-7706
lposton@sandiego.gov

**What's the latest?** Visit sandiego.gov/dsd-email to sign up to get the latest news and updates.
**What are the current processing times?** You can now check on permit processing timelines for intake and issuing a permit.
**CONFIDENTIAL COMMUNICATION**
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above. The email may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are noticed that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** Emma Alexander <emmaa@caydonusa.com>
**Sent:** Thursday, July 14, 2022 8:49 AM
**To:** Lowe, Elyse <ELowe@sandiego.gov>
**Cc:** Sennett, Leslie <LSennett@sandiego.gov>; 'Alex Beaton' <alex@alexbeatonrealestate.com>; Poston, Lisa <LPoston@sandiego.gov>
**Subject:** [EXTERNAL] Re: 122 4th Ave/CA Theatre Bldg.

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

Sorry I am still dealing with family emergencies - can we meet next week?
Emma Alexander
Acting COO
Director, Sales & Marketing
Caydon Property Group
AUS • USA

**From:** Lowe, Elyse <ELowe@sandiego.gov>
**Sent:** Wednesday, July 13, 2022 9:07:28 AM
**To:** Emma Alexander <emmaa@caydonusa.com>
**Cc:** Sennett, Leslie <LSennett@sandiego.gov>; 'Alex Beaton' <alex@alexbeatonrealestate.com>; Poston, Lisa <LPoston@sandiego.gov>
**Subject:** RE: 122 4th Ave/CA Theatre Bldg.

Alex stated he has no authority to represent you as the owner so we were unable to continue the call with him.

Elyse W. Lowe, Director
Development Services Department

For appointments, contact:
Ann Marie Mendrala, Executive Assistant to the Director
amendrala@sandiego.gov
T (619) 687-5978

The Construction Insider: Sign up now to receive meeting notices, news and customer updates, and a quarterly newsletter to subscribers. sandiego.gov/dsd #DigitalDSD

CONFIDENTIAL COMMUNICATION
This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

-----Original Message-----
From: Alex Beaton <alex@alexbeatonrealestate.com>
Sent: Tuesday, July 12, 2022 3:58 PM
To: Poston, Lisa <LPoston@sandiego.gov>; Lowe, Elyse <ELowe@sandiego.gov>
Cc: Emma Alexander <emmaa@caydonusa.com>; Sennett, Leslie <LSennett@sandiego.gov>
Subject: [EXTERNAL] Re: 122 4th Ave/CA Theatre Bldg.

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.** _____

Hi Lisa.

I was on the call and spoke for a few moments. I was excused by Elyse when Emma was not on the call. I hope that clarifies things.

Thanks, Alex.

Alex P. Beaton
alex@alexbeatonrealestate.com
(619) 571-9030
CA DRE# 0107304

> On Jul 12, 2022, at 3:52 PM, Poston, Lisa <LPoston@sandiego.gov> wrote:
>
> Hi Alex,
>
> Were you able to make this call, I'm sorry I missed it.
>
> I'll send my apologies now and reschedule.
>
> -----Original Appointment-----
> From: Poston, Lisa <LPoston@sandiego.gov>
> Sent: Tuesday, 12 July 2022 3:07 AM
> To: Poston, Lisa; Emma Alexander; Lowe, Elyse
> Cc: Sennett, Leslie
> Subject: 122 4th Ave/CA Theatre Bldg.
> When: Tuesday, 12 July 2022 3:30 PM-4:00 PM (UTC-08:00) Pacific Time (US & Canada).
> Where: Microsoft Teams Meeting
>
> Hi Emma,
> I am requesting a short Teams meeting regarding the CA Theatre Bldg. Please let me know if Tuesday and the time works for you as there are additional issues we need to discuss with urgency.
> Thank you
> Lisa
> _____
> _____
> Microsoft Teams meeting
> Join on your computer or mobile app
> Click here to join the
> meeting<https://urldefense.com/v3/__https://teams.microsoft.com/l/meet
> up-join/19*3ameeting_NzcxZTg4MDktNWM3Ni00OTE5LWFmNzUtZTMzYzY2MDY0NWY0*
> 40thread.v2/0?context=*7b*22Tid*22*3a*22ab26ceb7-278f-4dcb-8df6-4e2363
> 556459*22*2c*22Oid*22*3a*2263ea6f52-352e-4f34-acf5-60590cbf2493*22*7d_
> _;JSUlJSUlJSUlJSUlJSUl!!OBed2aHXvKmHymw!yrypUIaNND5eXKTJUCZTXMMhoGmN03
> fPJ1fH6L95saU_fXyhctNgL9e3PZeD9kPQ4i9kKaSRi8rDhntYAXZxJ0po$ > Or join
> by entering a meeting ID Meeting ID: 226 694 179 854
> Passcode: vdwwob
> Or call in (audio only)
> +1 323-813-7079,,246542585#<tel:+13238137079,,246542585#> United States, Los Angeles
> Phone Conference ID: 246 542 585#
> Find a local

> number<https://urldefense.com/v3/__https://dialin.teams.microsoft.com/
> 67310406-9fc0-49fb-a885-57cc2f23b004?id=246542585__;!!OBed2aHXvKmHymw!
> yrypUIaNND5eXKTJUCZTXMMhoGmN03fPJ1fH6L95saU_fXyhctNgL9e3PZeD9kPQ4i9kKa
> SRi8rDhntYAX2fGK4b$ > | Reset
> PIN<https://urldefense.com/v3/__https://dialin.teams.microsoft.com/usp
> /pstnconferencing__;!!OBed2aHXvKmHymw!yrypUIaNND5eXKTJUCZTXMMhoGmN03fP
> J1fH6L95saU_fXyhctNgL9e3PZeD9kPQ4i9kKaSRi8rDhntYAWNK95n4$ > Learn
> More<https://urldefense.com/v3/__https://aka.ms/JoinTeamsMeeting__;!!O
> Bed2aHXvKmHymw!yrypUIaNND5eXKTJUCZTXMMhoGmN03fPJ1fH6L95saU_fXyhctNgL9e
> 3PZeD9kPQ4i9kKaSRi8rDhntYAcjJ6brc$ > | Meeting
> options<https://urldefense.com/v3/__https://teams.microsoft.com/meetin
> gOptions/?organizerId=63ea6f52-352e-4f34-acf5-60590cbf2493&tenantId=ab
> 26ceb7-278f-4dcb-8df6-4e2363556459&threadId=19_meeting_NzcxZTg4MDktNWM
> 3Ni00OTE5LWFmNzUtZTMzYzY2MDY0NWY0@thread.v2&messageId=0&language=en-US
> __;!!OBed2aHXvKmHymw!yrypUIaNND5eXKTJUCZTXMMhoGmN03fPJ1fH6L95saU_fXyhc
> tNgL9e3PZeD9kPQ4i9kKaSRi8rDhntYATku8rYq$ >
> _____
> _____
>