# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **THE PEOPLE OF THE STATE OF CALIFORNIA V. CAYDON SAN DIEGO PROPERTY LLC**

Case Number: **3:23cv1296-LAB-DDL**

Hon. Larry Alan Burns            Ct. Deputy: T. Weisbeck            Reporter:

Currently on calendar for Monday, October 2, 2023 at 11:30 a.m. is a hearing on (1) Defendants' Rule 41(d) Motion for Fees and Costs, (Dkt. 9); and (2) Plaintiffs' Motion to Remand, (Dkt. 21). The Court has reviewed the briefing and finds these motions suitable for resolution without oral argument. The hearing is **VACATED**. No appearances will be required in this case on October 2, 2023.

Date: September 27, 2023            Initials: /s/ LC