ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
JACK DAY – State Bar No. 324516
jday@glaserweil.com
**GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646

Attorneys for Defendants
Caydon San Diego Property LLC; Caydon
USA Holding LLC; Caydon USA Property
Group, LLC; and Alex Beaton

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation, | CASE NO.: 3:23-cv-01296-JES-DDL |
| | The Hon. James E. Simmons Jr. |
| Plaintiffs, | **DEFENDANTS' NOTICE OF INTENT TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive, | Date filed: June 12, 2023 Removal Date: July 14, 2023 |
| Defendants. | |

**DEFENDANTS' NOTICE OF INTENT TO FILE MOTION FOR RECONSIDERATION**

2393927

**TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7.1, Defendants Caydon San Diego Property LLC; Caydon USA Holding LLC; Caydon USA Property Group, LLC; and Alex Beaton (collectively, "Defendants") hereby notify the Clerk of this Court of Defendants' intent to file a motion for reconsideration of the Court's March 29, 2024 Order Granting Plaintiffs' Motion to Remand [ECF No. 36] on the grounds that Mr. Beaton is not a "Responsible Person" under the San Diego Municipal Code and that he was named in this action in an improper attempt to defeat diversity. Defendants respectfully request that the Court suspend remand of this action until it has adjudicated Defendants' forthcoming motion.

DATED: April 1, 2024

Respectfully submitted by,

GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP


By:   */s/ Elizabeth A. Sperling*
    ELIZABETH A. SPERLING
    JACK DAY
    Attorneys for Defendants

2393927