UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,,<br><br>                    Defendants. | Case No.: 3:23-cv-01296-JES-DDL<br><br>**ORDER SUBMITTING MOTION**<br><br>**[ECF No. 38]** |

    Pending before the Court is Defendants Caydon San Diego Property LLC, Caydon USA Holding LLC, Caydon USA Property Group LLC, and Alex Beaton's Motion for Reconsideration. ECF No. 38. The Court finds the matter appropriate for disposition

1

1  without oral argument and takes the matter under submission on the papers pursuant to
2  Civil Local Rule 7.1(d)(1).
3       **IT IS SO ORDERED.**

Dated:  May 24, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge