1 | MARA W. ELLIOTT, City Attorney
PAIGE E. FOLKMAN, Assistant City Attorney
2 | PAUL F. PRATHER, Supervising Deputy City Attorney
California State Bar No. 252985
3 | Office of the City Attorney
Community Justice Division/Nuisance Abatement Unit
4 | 1200 Third Avenue, Suite 700
San Diego, California 92101-4103
5 | Telephone: (619) 533-5500
Fax: (619) 533-5505
6 | PPrather@sandiego.gov

7 | Attorneys for Plaintiffs, The People
of the State of California and City of
8 | San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company;<br>CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company;<br>CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company;<br>MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD;<br>ALEX BEATON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-01296-JES-DDL<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION**<br>**ECF NOS. 38, 41**<br><br>Date Filed: June 12, 2023<br>Removal Date: July 14, 2023<br><br>Judge: Hon. James E. Simmons Jr.<br>Courtroom: 4B |

Plaintiffs the People of the State of California and City of San Diego (Plaintiffs) respectfully submit this Response to the Notice of Withdrawal of Motion for Reconsideration filed by Defendants Caydon San Diego Property LLC,

Caydon USA Holding LLC, Caydon USA Property Group, LLC, and Alex Beaton (Defendants) on August 2, 2024 (ECF No. 44).

      Plaintiffs have no objection to Defendants' withdrawal of their Motion for Reconsideration.

Dated: August ____, 2024           MARA W. ELLIOTT, City Attorney

                                             By  */s/ Paul F. Prather*
                                                       Paul F. Prather
                                                       Supervising Deputy City Attorney

Attorneys for Plaintiffs