1  ELIZABETH A. SPERLING - State Bar No. 231474
esperling@glaserweil.com
2  ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
3  **GLASER WEIL FINK HOWARD**
  **JORDAN & SHAPIRO LLP**
4  600 West Broadway, Suite 2850
San Diego, CA 92101
5  Telephone:  (619) 765-4380
Facsimile:   (619) 483-0646
6
Attorneys for Defendants
7  Caydon San Diego Property LLC; Caydon USA
Holding LLC; Caydon USA Property Group,
8  LLC; and Alex Beaton

9            **UNITED STATES DISTRICT COURT**

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  THE PEOPLE OF THE STATE OF           Case No.: 3:23-cv-01296-JES-DDL
  CALIFORNIA and CITY OF SAN
13  DIEGO, a municipal corporation,      The Hon. James E. Simmons Jr.

14              Plaintiffs,

15  v.                                   **NOTICE OF CHANGE OF**
                                         **ADDRESS OF DEFENDANTS'**
16  CAYDON SAN DIEGO PROPERTY            **COUNSEL**
  LLC, a Delaware Limited Liability
17  Company; CAYDON USA HOLDING
  LLC, a Texas Foreign Limited Liability
18  Company and a Delaware Limited
  Liability Company; CAYDON USA
19  PROPERTY GROUP, LLC, a Delaware
  Limited Liability Company; MATTHEW
20  HUTTON, Receiver and Manager of
  CAYDON USA PROPERTY GROUP
21  HOLDINGS PTY LTD; ALEX
  BEATON, an individual; and DOES 1
22  through 50, inclusive,,

23              Defendants.

24

25

26

27

28

**NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS' COUNSEL**

2454522

1  **TO THE COURT, CLERK, ALL PARTIES AND THEIR ATTORNEYS OF**

2  **RECORD:**

3      PLEASE TAKE NOTICE that effective immediately Counsel for Defendants

4  has moved to the following address:

5          GLASER WEIL FINK HOWARD
            JORDAN & SHAPIRO LLP
6          600 West Broadway, **Suite 2850**
           San Diego, CA 92101
7

8          Telephone:  (619) 765-4380
           Facsimile:   (619) 732-3496
9

10  To be clear, this change of address reflects a move from Suite 2150 to Suite 2850.

11      Please send any mailed correspondence and communications related to this

12  matter to the foregoing address.  All other names and contact information shall be

13  unchanged.

14

15  DATED:  January 16, 2025          Respectfully submitted by,

16                                    GLASER WEIL FINK HOWARD
                                        JORDAN & SHAPIRO LLP
17

18                                    By: _/s/ Elizabeth A. Sperling_

19                                    ELIZABETH A. SPERLING
                                      Attorneys for Defendants Caydon San Diego
20                                    Property LLC; Caydon USA Holding LLC;
                                      Caydon USA Property Group, LLC; and Alex
21                                    Beaton

22

23

24

25

26

27

28

**NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS' COUNSEL**

2454522

1

**CERTIFICATE OF SERVICE**

2

3    I hereby certify that on the 16th day of January, 2025, I caused the foregoing

4  document **NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS'**

5  **COUNSEL** to be filed electronically with the Clerk of Court through the CM/ECF

6  system for filing and served on counsel of record via the Court's CM/ECF system.

7

8                                         _Amy L. Mudd_
                                          _____
9                                         Amy L. Mudd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Glaser Weil