UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAYDON SAN DIEGO PROPERTY LLC, a Delaware Limited Liability Company; CAYDON USA HOLDING LLC, a Texas Foreign Limited Liability Company and a Delaware Limited Liability Company; CAYDON USA PROPERTY GROUP, LLC, a Delaware Limited Liability Company; MATTHEW HUTTON, Receiver and Manager of CAYDON USA PROPERTY GROUP HOLDINGS PTY LTD; ALEX BEATON, an individual; and DOES 1 through 50, inclusive,,<br><br>Defendants. | Case No.: 3:23-cv-01296-JES-DDL<br><br>**ORDER GRANTING JOINT NOTICE OF SETTLEMENT OF MOTION FOR RULE 41(d) AWARD OF FEES AND COSTS PURSUANT TO PRIOR ORDER TO CLOSE CASE**<br><br>[ECF No. 59] |

Plaintiffs the People of the State of California and City of San Diego (collectively, "Plaintiffs") and Defendants Caydon San Diego Property LLC ("Caydon San Diego"), Caydon USA Holding LLC ("Caydon USA Holding"), Caydon USA Property Group

1

LLC ("Caydon USA Property Group"), and Alex Beaton (collectively, "Defendants") have stipulated and jointly moved to close this case as they have settled Defendants' Motion for Rule 41(d) Award of Fees and Costs, ECF Nos. 9, 45, and 49.

Upon due consideration, the Court **GRANTS** the motion. The pending Motion is taken off-calendar. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 18, 2024

Honorable James E. Simmons Jr.
United States District Judge